USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2025

## MEMORANDUM ENDORSEMENT

Muniz v. Orange County, et al.

22-cv-529-NSR

The Court is in receipt of *pro se* Defendant Sydney's Answer, which the Court received on August 12, 2025 (attached hereto). The Court is also in receipt of *pro se* Defendant Sydney's Answer, which was filed on the docket on December 20, 2024 (ECF No. 98) (attached hereto).

The Court, normally, requires parties to seek leave before filing amended pleadings. But in light of Defendant Sydney's *pro se* status, the Court will deem the most recent Answer (received by the Court on August 12, 2025) as the operative Answer unless Defendant Sydney notifies the Court otherwise on or before September 9, 2025.

The Clerk of Court is kindly directed to mail a copy of this endorsement to *pro se* Plaintiff at his address as it is listed on ECF, to *pro se* Defendant Sydney at his address as it is listed on ECF, and to show service on the docket.

**Dated: August 19, 2025**
      **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Docket in case # 22-cv-529
Case 7:22-cv-00529-NSR    Document 129    Filed 08/19/25    Page 2 of 11
As: pro se answer
Date: 8 / 12 / 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___SAMUEL MUNIZ_____

_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

___LUCKNER SYDNEY_____

_____

_____

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

7:22 Civ. 00529 (NSR) ( )

**ANSWER**

RECEIVED AUG 12 2025 NELSON S. ROMÁN U.S. DISTRICT JUDGE S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. Yes I was off camera but it's not a restricted
2. ~~both~~ area for working inmates
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

## II
### DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE:

We work together and to hand for three days after this alleged incident.

SECOND DEFENSE:

All injuries being claimed are previous injuries

THIRD DEFENSE:

Cleaning the bathroom/locker room is a assigned job

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 1 day of August, 2025

Signature of Defendant

Address: 3 Caravella LN
Nuauet NY 10954

Telephone Number: 845-925-2454

Fax Number (if you have one)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL MUNIZ
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7 22 Civ. 00529 (NSR) (___)

- against -

LOCKDEN SYDNEY
_____

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, __LOCKDEN SYDNEY__, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __Nanuet__, __NY__
       *(town/city)*  *(state)*

__August__ __1__, 20__25__

_____
Signature of Defendant

__3 Caravella Ln__
Address

__Nanuet, NY 10954__
City, State & Zip Code

__945-925-2454__
Telephone Number

_____
Fax Number (if you have one)

*Rev. 05/2007*     3



FROM: LUTHER SIDNEY
3 CARAVELLA LN
NANUET NY 10954

TO: Hon. NELSON ROMAN
300 Quarropas St
White Plains NY 10601-4150

RECEIVED AUG 12 2025

US POSTAGE PAID $11.00
Origin: 10994
08/11/25
35901140342-04

PRIORITY MAIL®
0 Lb 2.80 Oz
RDC 03
C003

EXPECTED DELIVERY DAY: 08/14/25

SHIP TO:
300 QUARROPAS ST
WHITE PLAINS NY 10601-4140

USPS TRACKING® #
9505 5163 3754 5223 4609 22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL MONIZ

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

LUCKNER SYDNEY

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

DEC 1 9 2024
NELSON S. ROMAN

7:22 Civ. 529 ( ) ( )

**ANSWER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024

# I
## ADMISSIONS AND DENIALS

*In this section, state which factual allegations in the complaint you admit to and which factual allegations you deny. You should refer to the complaint paragraph by paragraph (and sentence by sentence within each paragraph), in the same order as the paragraphs and sentences appear in the complaint. Attach additional sheets of papers as necessary.*

1. I do not curse I never did argue with Mr. Moniz
2. Yes we did talk about his family. I did not call Mr Moniz over
3. Yes I was away for two weeks burying my dad not vacation.
4. I did have him clean the locker room never physically assaulted Mr Moniz
5. I did leave Mr. Moniz in the locker room to eat
6. On my day off I did get a phone call saying my access was denied
7. 
8. 
9. 
10. 

*Rev. 05/2007*                                                                 1

## II
## DEFENSES

*In this section, state any legal theories that, even assuming that what plaintiff has alleged in the complaint is true, do not permit the plaintiff to win the case. Attach additional sheets of paper as necessary.*

FIRST DEFENSE:

Mr. Maniz is blaming me for his old injuries

SECOND DEFENSE:

THIRD DEFENSE:

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

*[If you have any counterclaim against the plaintiff that arises out of the same events or transactions stated in the complaint, and/or any crossclaims against the other defendants that arise out of the same events or transactions stated in this complaint, and/or any third-party claims you have against third-parties (that is, someone not already named in the lawsuit) that arise out of the same events or transactions stated in the complaint, you should attach additional sheets of paper to set forth the facts and bases for any such claims. See the Pro Se Manual for a further explanation.]*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11 day of December, 2024

Signature of Defendant _____

Address  3 Caralla lane nanuet
NY 10954.

Telephone Number  845.925.2454

Fax Number (if you have one) _____

*Rev. 05/2007*                                    2

SECOND DEFENSE: I HAVE A KITCHEN FULL OF WITNESSES THAT WILL TELL YOU THE TRUTH ABOUT MR. MUNIZ AND HIS LIES. IT WAS MY FIRST DAY BACK TO WORK AFTER BURYING MY BELOVERD FATHER.BELIEVE ME WHEN I TELL YOU THIS. THERE WAS NO FIGHT IN ME. I WAS GRIEVING AND EMOTIONALLY DRAINED.

THIRD DEFENSE: THE LAST LETTER I RECEIVED FROM THE COURTS FROM MR MUNIZ STATED HE HAD TO FIGHT ME. IT WAS THE INMATE THING TO DO. NOW THIS AMENDED ONE IS STATING I SNEAK ATTACK HIM.I WORKED A TOAL OF FOUR DAYS WITH MR. MUNIZ COLSELY.HE WAS LIKE MY RIGHT HAND AND GOT PAY LIKE IT. I TRIED CHEERING HIM UP AFTER HIS VERDICT.I FOUND OUT ABOUT HIS ALLOCATIONS ON MY DAY OFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Samuel Moniz__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

7:22 Civ. 529 ( ) ( )

- against -

__Luckner Sydney__

**NOTICE OF APPEARANCE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Please take notice that I, __Luckner Sydney__ (name), a defendant in this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: __Nanuet NY__ , __NY__
(town/city) , (state)

__December__  __11__ , 20__24__

_____
Signature of Defendant

__3 Caravella lane__
Address

__Nanuet NY 10954__
City, State & Zip Code

__845-925-2454__
Telephone Number

_____
Fax Number (if you have one)

*Rev. 05/2007*                    3



So shawn told me to text u and tell u to watch ur back..especially when ur out with ur kids..he wouldnt tell me why though

I think he said don't be blind to your surroundings I could be wrong of how he said it



7:22-cv529

Luckpfl Sydney
3 Caswella Lane
Monset NY 10954



Hon. Nelson S. Roman
300 Quaropas st courtroom #218
White Plains NY 10601-4150

USMS
SDNY

DEC 19 2024