USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/18/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL MUNIZ III,

                Plaintiff,

      -against-

ORANGE COUNTY, ET AL.,

                Defendants.

22-CV-0529 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court accepts pro se Plaintiff's document titled "Reply Declaration of Samuel Muniz in Motion to Oppose Dismissal" (ECF No. 130) as his Opposition to Defendants' motions to dismiss and deems the Opposition timely submitted *nunc pro tunc* in light of Plaintiff's pro se status, the existence of two briefing schedules, and delays with mail from incarcerated litigants. The Court recognizes Defendants' memorandums of law and declarations (ECF Nos. 113, 114, 117, 121, 122, and 126) and deems the pending motions (ECF Nos. 112 and 120) fully submitted.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff at his address as listed on ECF and to show service on the docket.

SO ORDERED:

Dated: December 18, 2025
      White Plains, New York

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE